UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

State Treasurer,

                    Plaintiff(s),

v.                                          Case No. 2:12–cv–12215–PDB–DRG
                                            Hon. Paul D. Borman
Ronald Lacasse, et al.,

                    Defendant(s).

_____

**CERTIFICATE OF SERVICE**

    I hereby certify that a copy of the Notice(s) of Appeal filed in this case and this Certificate of Service was served upon:

                United States Court of Appeals for the Sixth Circuit
                Potter Stewart U.S. Courthouse
                100 East Fifth Street, Fifth Floor
                Cincinnati, OH   45202–3988

and all interested parties, by electronic means or first class U.S. mail, on December 4, 2013.


                            DAVID J. WEAVER, CLERK OF COURT


                        By: s/ D. Worth_____
                            Deputy Clerk


Dated:   December 4, 2013